Federman v Town of Lorraine (2023 NY Slip Op 02273)

Federman v Town of Lorraine

2023 NY Slip Op 02273

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Apr. 28, 2023.) 

MOTION NO. (837/22) CA 22-00575.

[*1]GLENN FEDERMAN, PLAINTIFF-APPELLANT, 
v
TOWN OF LORRAINE, HIGHWAY SUPERINTENDENT JOSEPH WASILEWSKI, DEPUTY HIGHWAY SUPERINTENDENT HAROLD DOWNEY, TOWN SUPERVISOR VINCE MOORE AND TOWN COUNCILMEMBERS DAVID JOHNSON, JOE HODGES, LESTER HOBBS, GORDON HUTTON, DEVON M. FILSON, TIM TRYON, MICHAEL DOBBINS AND DAMIAN M. SMITH, DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.